UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Emilio Encarnacion</u>

       v.                        07-cv-56-PB

<u>State of New Hampshire</u>

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated April 9, 2007.

SO ORDERED.

April 26, 2007                          /s/ Paul Barbadoro
                                          Paul Barbadoro
                                          United States District Judge

cc:    Emilio Encarnacion, Pro se